### 19080. JENNINGS v. THE STATE.

BLOODWORTH, J. The certiorari was overruled April 20th, and the bill of exceptions assigning error on this ruling was tendered to the judge on May 11th. The tender not being within the twenty days prescribed by law, this court is without jurisdiction to entertain the case. *Hutchins v. State,* 35 *Ga. App.* 395 (133 S. E. 266).

*Writ of error dismissed. Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 31, 1928.

*Roy S. Drennan,* for plaintiff in error.

*Carlton W. Binns, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.